JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| JULIO CRUZ,<br>Plaintiff,<br>v.<br>BENSON AUTO BODY & PAINT, INC., et al.,<br>Defendant. | Case No. 8:26-CV-01512 DFM<br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by Plaintiff's counsel that the above-entitled action has been settled,

IT IS HEREBY ORDERED that this action is dismissed in its entirety without prejudice to the right, upon good cause being shown within 21 days, to reopen the action if settlement is not consummated. All hearing dates are vacated and taken off calendar.

Dated: October 26, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge